UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SCIENTIFIC COMPONENTS CORP.,                :
                                            :
                    Plaintiff,              :          **ORDER**
                                            :
            -against-                       :          02-CV-5426 (DLI)(CLP)
                                            :
PROXIM CORP., et al.,                       :
                                            :
                    Defendants.             :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

     No objections have been filed to the Report and Recommendation of the Honorable Cheryl L. Pollak, U.S.M.J., dated April 18, 2005.

     Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby ORDERED that plaintiff shall be awarded fees in the amount of $15,378.75 plus costs of $60.00.

DATED:    Brooklyn, New York
             May 16, 2005

                                       _____/s/_____
                                              DORA L. IRIZARRY
                                         United States District Judge