UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SCIENTIFIC COMPONENTS CORP.,          :
                                      :
                Plaintiff,             :     **ORDER**
                                      :
        -against-                      :     02-CV-5426 (DLI)(CP)
                                      :
                                      :
PROXIM CORP, et. al                    :
                                      :
                Defendants.            :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Cheryl Pollak, U.S.M.J., dated December 15, 2005; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that plaintiff's claims against Defendant Isis Surface Mounting Inc. ("Isis") be severed from those against Defendant Proxim Corp. and that plaintiff be allowed to proceed on its claims against Isis.

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:   Brooklyn, New York
         January 26, 2006


                                        _____/s/_____
                                              DORA L. IRIZARRY
                                           United States District Judge